UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                          Case No.  06-CR-20531

       vs.

                                          HONORABLE LAWRENCE P. ZATKOFF

ROBERT SHABA

       Defendants.
_____/

**<u>STIPULATED ORDER ADJOURNING PRE-TRIAL CONFERENCE</u>**

       At a session of said Court, held in the United States District
       Court, Eastern District of
       Michigan, on: <u>December 12, 2006</u>

    PRESENT:  HONORABLE LAWRENCE P. ZATKOFF
                             United States District Court Judge

Pursuant to the attached stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Pre-Trial Conference currently scheduled for December 14, 2006, at 10:00 a.m., is adjourned until February 13, 2007, at 10:30 a.m., for the reason that defense counsel has yet to be provided any discovery materials regarding this matter and cannot proceed with this case until the materials are provided pursuant to the standing Order of Discovery.

IT IS FURTHER ORDERED that an adjournment of the trial in the present matter is necessary to assure continuity of counsel for each of the defendants, is in the best interests of justice, and outweighs the interests of the defendants and the public in a speedy trial.

IT IS FURTHER ORDERED that failure to grant an adjournment in the present matter may result in a miscarriage of justice. 18 U.S.C. §3161(A), (B)(i), and (B)(ii).

IT IS FURTHER ORDERED that the time period from December 14, 2006, the date of the filing of the present Stipulation, through February 13, 2007, shall constitute excludable delay for purposes of the Speedy Trial Act. 18 U.S.C. §3161(h)(8)(B)(iv).

s/Lawrence P. Zatkoff
United States District Court Judge

APPROVED AS TO FORM;

/s/ Wayne Pratt                                          /s/
_____           _____
WAYNE PRATT (P32528)                          JUAN A. MATEO (P33156)
**With Consent 11/20/06**                         mateoja@aol.com